December 14, 2015

Judge Bill Miller
5th Judicial District Court
Courthouse
604 Hwy 8 North
Linden, Texas 75563

FILED FOR RECORD
CASS COUNTY, TEXAS

2015 DEC 22 P 1:24

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
JAMIE ALBERTSON
12/23/2015 04:15 PM
DISTRICT CLERK

DEBBIE AUTREY
BY_____Clerk___DEPUTY

RE: NOTICE OF APPEAL (Final Judgment/Conviction)
Cause No. 93-F-204

Dear Judge Miller,

I received your Letter/ORDER dismissing the Motion for Speedy Revocation Hearing for lack of Jurisdiction, dated December 7, 2015.

Due to the fact you have established the record that the probation in Cass County was terminated by order of Judge Jack Carter on July 8, 1997, I request of you to notify the Court of Criminal Appeals that the probation has been terminated due to the Court of Criminal Appeals dismissing every document thats been filed by stating, "Your Community Supervision has not been Revoked."

Further, I hereby give Notice of Appeal to Appeal the Judgment and conviction in Cause No. 93-F-204. No appeal has been filed, no writs has been honored. Art. 44.02 of the Texas Code of Criminal Procedures provides authority for the right to Appeal. Please accept this Correspondence as a Notice of Appeal to Cause No. 93-F-204. No need for an attorney to be appointed.

Without Prejudice
By: Jerrard McGary
Jerrard McGary@
c/o Allred Unit 790608
2101 FM 369 North
Iowa Park, Texas
[76367]